[No. 73827-5-I.   Division One.   September 26, 2016.]

D. RYAN PATRICK ET AL., *Appellants*, v. WELLS FARGO BANK, NA, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 14-2-07754-6, Joseph P. Wilson, J., entered July 14, 2015. *Affirmed* by unpublished opinion per Leach, J., concurred in by Verellen, C.J., and Spearman, J. Now published at 196 Wn. App. 398.

[No. 73840-2-I.   Division One.   September 26, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. DYANI R. ALLEN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 15-8-00684-5, Barbara A. Mack, J., entered July 22, 2015. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Trickey, A.C.J., and Spearman, J.

[No. 73869-1-I.   Division One.   September 26, 2016.]

BIRNEY DEMPCY ET AL., *Appellants*, v. CHRIS AVENIUS ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 13-2-37292-4, Chad Allred, J., entered August 27, 2015. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Dwyer and Mann, JJ.

[No. 73944-1-I.   Division One.   September 26, 2016.]

LE & ASSOCIATES, PS, *Respondent*, ROBERTO DIAZ-LUONG ET AL., *Appellants*, v. EDWARD K. LE ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 07-2-39131-2, Andrea A. Darvas, J., entered March 30, 2015. *Affirmed* by unpublished opinion per Trickey, A.C.J., concurred in by Schindler and Spearman, JJ.